Veronica Arechederra Hall, Bar # 5855
veronica.hall@jacksonlewis.com
Lisa A. McClane, Bar # 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEZZARD,<br><br>             Plaintiff,<br><br>       v.<br><br>DAKTRONICS, INC., a foreign corporation, doing business in Nevada; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | Case No. 2:14-cv-00210-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 11th day of June, 2014.

| ENGLAND LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| /s/ Kathleen J. England<br>Kathleen J. England, Bar No. 0206<br>630 South Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | /s/ Lisa A. McClane<br>Veronica Arechederra Hall, Bar No. 5855<br>Lisa A. McClane, Bar No. 10139<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

## **ORDER**

IT IS SO ORDERED this 11th day of June, 2014.

_____
United States District Judge